ONE STAPLE ONLY                                                                 WVDCR Policy Dir.
                                                                                      15 R
                                                                                      A1
                                                                                GENERAL DIST
            WVDCR Inmate Grievance Form        Grievance No. 23-SCRJ-FF-042801A

Joseph Jones                    3486300            4-27-23
Inmate Name                     OID #              Date of Grievance

State Nature of Grievance / Issue to be addressed (Note: 1 issue per grievance be concise file with Director of Inmate Services.
NO WRITING ON BACK):
I am not getting proper medical care for my leg, I need
surgery my leg is out of line please help me, I need to
see an outside doctor and I have been refused.

Relief Sought (state what you want):
To get proper medical care!

Joseph Jones                                    (The inmate may attach one 8.5 x 11 sheet if necessary, at this level only)
Inmate's Signature

Director of Inmate Services Response (attach additional sheet if needed)                    Rcvd
                                                                                            5/1/23
                                                                                            AB
Accepted ___  Rejected X   Reason for rejection: See below      Date: 5/1/23

Response on Merits if accepted:
I have reviewed your chart. You are scheduled for
the providers to educate you on your plan
of care. Thank you!

Signature

Resolved: ___ (If so initial and give copy to Director of Inmate Services)   Appealed to Superintendent ___ (initial) Date: ___

If no response at initial level is included the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued
at that level within the time frames set forth in Policy Directive 335.00.

_____        _____
Inmate's Signature                     Date

Action by Superintendent:                                                           Date: ___
Accepted ___  Rejected ___  Reason for rejection: ___

Response on Merits if accepted: ___ Remand to Unit for further action  ___ Affirm unit and/or deny grievance  ___ Grant the Grievance as specified

                                       (Attach additional sheet if necessary)
_____        _____
Superintendent's Signature             Date

Resolved: ___ (If so initial and give copy to Director of Inmate Services)   Appealed to Commissioner ___ (initial)

If no response at Superintendent's level is included, the inmate certifies that he/she has tendered this grievance as indicated above and no response has
been issued at that level within the time frames set forth in Policy Directive 335.00.

_____        _____
Inmate's Signature                     Date

Action by Commissioner:                                                             Date: ___
Accepted ___  Rejected ___  Reason for rejection: ___
Response on Merits if accepted: ___  Affirm Superintendent and deny grievance (Affix final stamp)  ___ Other, see attached

EXHIBIT B

WVDCR Inmate Grievance Form    Grievance No. 23-SCCC-F-050401A

Inmate Name: Joseph Jones
OID #: 3488300
Date of Grievance: 5-3-23

Nature of Grievance / Issue to be addressed (Note: 1 issue per grievance be concise file with Director of Inmate Services. NO WRITING ON BACK):
I have put 2 grievances in, and had no response. I need to see an outside doctor about my leg being broken. They keep denying me medical treatment.

Relief Sought (state what you want):
To get proper medical attention and get proper medical treatment.

Inmate's Signature: Joseph Jones

(The inmate may attach one 8.5 x 11 sheet if necessary, at this level only)

Director of Inmate Services Response (attach additional sheet if needed)
Rec'd 5/4/23 AB

Accepted ___  Rejected X  Reason for rejection: See below  Date: 5/4/23

Response on Merits if accepted:
I have reviewed your chart. I am going to sit in on Mr. Jones' appointment with the provider on 5/5/23 onsite so we can address your concerns. Thank you!

Signature: [signature] RN BSN

Resolved: ___ (if so initial and give copy to Director of Inmate Services)   Appealed to Superintendent ___ (initial) Date: ___

If no response at initial level is included the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00.

Inmate's Signature ___ Date ___

Action by Superintendent:
Accepted ___ Rejected ___ Reason for rejection: ___  Date: ___

Response on Merits if accepted: ___ Remand to Unit for further action  ___ Affirm unit and/or deny grievance  ___ Grant the Grievance as specified

Comments ___

(Attach additional sheet if necessary)

Superintendent's Signature ___ Date ___

Resolved: ___ (If so initial and give copy to Director of Inmate Services)  Appealed to Commissioner ___ (initial)

If no response at Superintendent's level is included, the inmate certifies that he/she has tendered this grievance as indicated above and no response has been issued at that level within the time frames set forth in Policy Directive 335.00.

Inmate's Signature ___ Date ___

Action by Commissioner:
Accepted ___ Rejected ___ Reason for rejection: ___  Date: ___
Response on Merits if accepted: ___ Affirm Superintendent and deny grievance (Affix final stamp)  ___ Other, memo attached.